**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-2509-REB-CBS

KAISER-HILL COMPANY, LLC, for the use and benefit of DIVERSIFIED
TECHNOLOGIES SERVICES, INC.,

     Plaintiff,

v.

MACTEC, INC., and
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

     Defendants.

---

MINUTE ORDER[1]

---

     Defendant Mactec, Inc.'s and the Insurance Company of the State of
Pennsylvania's Unopposed Motion for Leave to File Fed.R.Evid. 702 Motion in Excess
of Page Limits [#45], filed on April 18, 2006, is GRANTED.  Defendants shall be
permitted to file a rule 702 motion that does not exceed twenty-five (25) pages.

Dated:  April 19, 2006
-----------------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E.
Blackburn, United States District Judge for the District of Colorado.