# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 04-cv-02509-REB-CBS

KAISER-HILL COMPANY, LLC, for the use and benefit of DIVERSIFIED TECHNOLOGIES SERVICES, INC.,

    Plaintiff,

v.

MACTEC, INC., and
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

    Defendants.

---

## MINUTE ORDER[1]

---

    Use Plaintiff Diversified Technologies Services, Inc.'s Response to Defendants' Fed.R.Evid. 702 Motion to Strike Plaintiff's Expert Designations [#51] filed May 22, 2006, is STRICKEN as being filed out of time. The response to the motion was due on or before May 18, 2006.[2]  *See* D.C.Colo.LCivR 7.1C.

    IT IS FURTHER ORDERED that the Unopposed Motion for Leave to File a Response to Defendants' Rule 702 Motion in Excess of Page Limits [#50] filed May 22, 2006, is DENIED AS MOOT.

Dated: May 23, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] It may be that plaintiff calculated the response dated based on the application of Fed.R.Civ.P. 6(e). If true, that determination was in error. Because the local rule is keyed to the date of the *filing* of the motion, rather than the date of service, Rule 6(e) is inapplicable. *See In re Armstrong*, 99 Fed. Appx. 866, 868-69 (10th Cir. 2004) (citing *Matter of Arbuckle*, 988 F.2d 29, 31-32 (5th Cir. 1993)).