**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02509-REB-CBS

KAISER-HILL COMPANY, LLC, for the use and benefit of DIVERSIFIED
TECHNOLOGIES SERVICES, INC.,

    Plaintiff,

v.

MACTEC, INC., and
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

    Defendants.

---

### MINUTE ORDER[1]

---

    Defendants Mactec, Inc.'s and the Insurance Company of the State of Pennsylvania's Unopposed Motion for Leave to File Reply in Support of Fed.R.Evid. 702 Motion to Strike Plaintiff's Expert Designations in Excess of Page Limits [#59] filed on June 5, 2006, is GRANTED, and defendants' reply brief shall be limited to fifteen (15) pages.

Dated: June 6, 2006

------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.