**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02509-REB-CBS

KAISER HILL COMPANY, LLC, for the use and benefit of DIVERSIFIED TECHNOLOGIES SERVICES, INC.,

    Plaintiff,

v.

MACTEC, INC., and
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

    Defendants.

---

MINUTE ORDER[1]

---

    Defendants MACTEC, Inc.'s and the Insurance Company of the State of Pennsylvania's Motion for Leave to Supplement Brief in Support of Defendants' Proposed Competing and Non-Stipulated Jury Instructions and Verdict Form [#76], filed August 8, 2006, is GRANTED. Defendants Non-Stipulated Instruction No.1 and Non-Stipulated Instruction No. 2, attached to their motion for leave, are accepted for filing. Counsel for defendants shall submit these two (2) instructions to this court's chambers e:mail address upon receipt of this Minute Order.

Dated: August 9, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.