**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02509-REB-CBS

KAISER HILL COMPANY, LLC, for the use and benefit of DIVERSIFIED TECHNOLOGIES SERVICES, INC.,

    Plaintiff,

v.

MACTEC, INC., and
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation and Joint Motion for Dismissal of Claims With Prejudice** [#90], filed January 25, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation and Joint Motion for Dismissal of Claims With Prejudice** [#90], filed January 25, 2007, is **GRANTED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That the jury trial set to commence June 18, 2007, is **VACATED**.

Dated January 25, 2007, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**